E-FILED
NOV 2 4 2020
Document #
unk #22

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$31,320.00 IN U.S. CURRENCY,<br><br>    Defendant. | NO. CV 20-5552-PSG(KKx)<br><br>[PROPOSED]<br>CONSENT JUDGMENT OF FORFEITURE |

Plaintiff, the United States of America ("the government or Plaintiff"), and claimant Michael Lamourt ("Claimant") have made a stipulated request for the entry of this Consent Judgment.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.  The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has filed a claim and an answer. The government has not received any other claims or answers, and the

time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendant $31,320.00 in U.S. currency (the "Defendant Currency"). Claimant has agreed to the forfeiture of $23,820.00 of the Defendant Currency. Any potential claimants to the Defendant Currency other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Currency.

1. $7,500.00 of the Defendant Currency, without interest, shall be released to Claimant through his counsel.

2. If the government elects to make the payment of $7,500.00 by check, the check shall be payable to "Lentz Law Firm Client Trust Account," and mailed to Michael Lamourt in care of his attorney, Mr. Jacek Lentz at 9171 Wilshire Blvd., Suite 500, Beverly Hills, CA 90210. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the Lentz Law Firm Client Trust Account. Upon request from the government, Claimant through his attorney, shall provide personal identifiers and the necessary bank information to complete the transfer.

3. The remaining $23,820.00 of the Defendant Currency, together with all interest earned by the government on the total amount of Defendant Currency, is hereby forfeited to the government, and no other right, title, or interest shall exist

1 therein. The government shall dispose of the forfeited property
2 in accordance with law.
3     4.    The Court finds that there was reasonable cause for the
4 seizure of the Defendant Currency and the institution of this
5 action. This judgment constitutes a certificate of reasonable
6 cause pursuant to 28 U.S.C. § 2465.
7     5.    Each of the parties shall bear its own fees and costs
8 incurred in connection with this action.
9     IT IS SO ORDERED.

Dated: 11/24/2020

THE HONORABLE ~~CHRISTINA A. SNYDER~~
UNITED STATES DISTRICT JUDGE
**PHILIP S. GUTIERREZ**

Prepared by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA